606

371 A.2d 1295

Casile, Appellant, v. State Farm Mutual
Automobile Insurance Company.

Argued November 16, 1976.   Maurice A.
Nernberg, Jr., with him Nernberg & Nernberg, for appellant;   Harry W. Miller, with him Thomas Weis, for appellee.

Order affirmed.

WATKINS, P. J., absent.

371 A.2d 1295

Civic Center Investors Corporation v. Capozzi
et ux., Appellants.

Argued November 12, 1976.   Allen N. Brunwasser, submitted a brief for appellants;   Henry E. Rea, Jr., with him Brandt, Milnes, Rea & Malone, for appellee.

Order affirmed.

WATKINS, P. J., HOFFMAN and SPAETH, JJ., did not participate in the consideration or decision of this case.